CHRISTOPHER J. CHRISTIE
United States Attorney
NEIL R. GALLAGHER
Assistant U.S. Attorney
970 Broad Street, Room 702
Newark, New Jersey 07102
(973) 645-2835

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Faiz Iqbal Mian, | : | Hon. Peter G. Sheridan |
| | : | Civil Action No. 08-3219(PGS) |
| Plaintiff, | | |
| v. | : | **CONSENT ORDER DISMISSING COMPLAINT** |
| Michael Chertoff, et al. | : | |
| Defendants. | : | |

This matter having been opened to the Court by defendant, through his attorney, Christopher J. Christie, United States Attorney for the District of New Jersey (Neil R. Gallagher, AUSA, appearing), and Mr. Faiz Iqbal Mian, appearing pro se, and it being represented to the Court that the plaintiff has completed his naturalization process and has become a citizen, and it appearing that the within matter is moot, and plaintiff consenting hereto and for good cause shown, it is on this 3 day of December , 2008, hereby

ORDERED that the within matter be and the same is hereby dismissed

with prejudice and without costs.

_____
HON. PETER G. SHERIDAN
JUDGE, UNITED STATES DISTRICT COURT

The undersigned consent to the form and
entry of the within Order.

Christopher J. Christie
United States Attorney

By: Neil R. Gallagher
Asst. U.S. Attorney

11/24/08

Faiz Iqbal Mian
Plaintiff Pro Se